# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00388-CV

### Fleur Land, Ltd. and Langley Ranches Limited Partnership, Appellants

### v.

### Travis Central Appraisal District, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN102992, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Fleur Land, Ltd. and Langley Ranches Limited Partnership first amended motion to dismiss their appeal is granted.  The appeal is dismissed.

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   July 29, 2005